NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACQUISITION 362, LLC, DBA STRATEGIC IMPORT SUPPLY,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1161

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03762-SAV, Judge Stephen A. Vaden.

---

**SUA SPONTE**

---

Before DYK, TARANTO, and HUGHES, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Oral argument in this case was held on November 2, 2022.

IT IS ORDERED THAT:

On or before November 22, 2022, the government shall file a supplemental brief, not to exceed 15 pages, addressing the following:

(1) Whether the August 10, 2015, Countervailing Duty (CVD) Order[1] suspended liquidation of imports subject to the administrative review for the period of review from January 1, 2016, to December 31, 2016 (2016 POR).
(2) Whether any other order suspended such liquidation during the administrative review for the 2016 POR. If so, the government shall provide a copy of any such order and indicate whether the order was a public document.
(3) Whether any statutory provision or regulation provides for automatic suspension of liquidation upon the initiation of an administrative review of a CVD order.
(4) Whether the liquidation of plaintiff's entries on October 19, 2018, October 26, 2018, and November 9, 2018, violated any order suspending liquidation.
(5) Whether plaintiff's entries were subject to the administrative review for the 2016 POR.
(6) If liquidation of plaintiff's entries was not suspended during the 2016 POR, whether plaintiff could have sought suspension from some agency, such as Commerce or Customs, having authority to grant it, whether on the ground that a pending administrative review might affect the proper duty or on any other ground. If so, indicate what statutory

---

[1] Certain Passenger Vehicle and Light Truck Tires From the People's Republic of China: Amended Final Affirmative Antidumping Duty Determination and Antidumping Duty Order; and Amended Final Affirmative Countervailing Duty Determination and Countervailing Duty Order, 80 Fed. Reg. 47902 (Aug. 10, 2015).

provision or regulation provides such authority and when the agency (*e.g.*, Commerce or Customs) would be obligated to grant such a request and when it would have discretion to grant it.

(7) Explain the relationship between Acquisition 362, LLC, Shandong Zhongyi Rubber Co., Ltd., and Dongying Zhongyi Rubber Co., Ltd. Explain the effect and relevance of Shandong Zhongyi Rubber Co., Ltd. withdrawing from the review due to its relationship with Dongying Zhongyi Rubber Co., Ltd. *See* J.A. 3 ("Plaintiff submits [Shandong Zhongyi Rubber Co., Ltd] withdrew its request for review because it was a non-selected company under review under an alternate company name, Dongying Zhongyi Rubber Co., Ltd.").

(8) Whether Shandong Zhongyi Rubber Co., Ltd. withdrawing its individual request for administrative review affected when and why plaintiff's entries were liquidated.

Acquisition 362, LLC shall file a response to the government's supplemental brief, not to exceed 15 pages, on or before December 6, 2022.

FOR THE COURT

November 8, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court