# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 11, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

    Re:  Acquisition 362, LLC, dba Strategic Import Supply
          v. United States
          No. 22-1102
          (Your No. 2022-1161)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 8, 2023 and placed on the docket May 11, 2023 as No. 22-1102.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Susan Frimpong
                              Case Analyst